## (June 9, 1977)

■ In the Matter of the Estate of MARIE HAHNEL, Deceased. HORACE W. K. BORCHARDT, Appellant; EMMA HAHNEL, by HANS HARNIK, et al., Respondents.—Decree of the Surrogate's Court, New York County, entered on December 10, 1976, unanimously affirmed on the opinions of Midonick, S., without costs and without disbursements. [88 Misc 2d 524.] Concur—Kupferman, J. P., Birns, Capozzoli and Lane, JJ.

■ In the Matter of TRANS BRITISH TEXTILES, INC., Assignor, to NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., Assignee. LANIFICIO F. CERRUTI, Respondent; NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., as Assignee for the Benefit of CREDITORS OF TRANS BRITISH TEXTILES, INC., Appellant.—Order, Supreme Court, New York County, entered on December 2, 1976, unanimously affirmed for the reasons stated by Fraiman, J., and the Special Referee. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Silverman, Evans and Markewich, JJ.

■ In the Matter of DAVID L. HARRIS, Petitioner, v IVAN WARNER, Respondent.—Application for an order, pursuant to CPLR article 78, in the nature of mandamus and/or prohibition, unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Lupiano, J. P., Birns, Silverman and Markewich, JJ.

■ In the Matter of P. & G. TRANSPORTATION, INC., Respondent, v ROBERT J. HUSZAR et al., as Director, as Executive Secretary, and as Chairman of the New York State Emergency-Medical Services Council, et al., Appellants.—Judgment, Supreme Court, New York County, entered on or about December 13, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Evans, Capozzoli and Lane, JJ.

■ ROBERT L. PIRELLO, Plaintiff, and ROBERT FLYNN, Appellant, v RELKIN EXPORT CORP., Also Known as RELKIN INDUSTRIES CORP., et al., Defendants, and P. S. ELEVATOR, INC., Respondent. (and Two Other Actions.)—Order, Supreme Court, New York County, entered on April 7, 1976, unanimously affirmed on the opinion of Fein, J., at Trial Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Evans, Capozzoli and Lane, JJ.